# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

JENNIFER GOODE, et al.,

                      Plaintiffs,        Case Number: 17-CV-472-GKF-JFJ

vs.

NUANCE COMMUNICATIONS, INC., et al.,

                      Defendants.

### CLASS CERTIFICATION SCHEDULING ORDER

| # | Date | Event |
|---|---|---|
| 1. | 9-4-2018 | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS |
| 2. | **5-23-2019** | **CLASS CERTIFICATION DISCOVERY CUTOFF** |
| 3. | 6-6-2019 | MOTION FOR DECERTIFICATION |
| 4. | 6-27-2019 | RESPONSE TO MOTION FOR DECERTIFICATION |
| 5. | 7-11-2019 | REPLY TO MOTION FOR DECERTIFICATION |
| 6 | **8-15-2019** | **HEARING ON MOTION FOR DECERTIFICATION at 1:30 p.m.** |
| 7. | 9-13-2019 | MOTION FOR CLASS CERTIFICATION |
| 8. | 10-4-2019 | RESPONSE TO MOTION FOR CLASS CERTIFICATION |
| 9. | 10-18-2019 | REPLY TO MOTION FOR CLASS CERTIFICATION |
| 10. | **12-12-2019** | **HEARING ON MOTION FOR CLASS CERTIFICATION at 1:30 p.m.** |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 3rd day of August, 2018.

                                                  _____

                                                  Gregory K. Frizzell
                                                  Chief District Judge