**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JENNIFER GOODE )<br>)<br>and )<br>)<br>KANDI FREY, )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>NUANCE COMMUNICATIONS, INC., )<br>)<br>NUANCE TRANSCRIPTION SERVICES, )<br>INC., )<br>)<br>      Defendants. ) | CASE NO. 17-CV-472-GKF-JFJ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs and Defendants, by and through their respective counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of the claims of Plaintiffs, with all rights of appeal waived. Plaintiffs and Defendants shall each bear their own attorneys' fees and costs.

SUBMITTED BY:

/s/Mark A. Smith_____
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669
Email: danielsmolen@ssrok.com
Email: laurenlambright@ssrok.com

Mark A. Smith, OBA No. 31231
Dennis A. Caruso, OBA No. 11786
Caruso Law Firm, P.C.
1325 East Fifteenth Street, Suite 201

Tulsa, Oklahoma 74120
(918) 583-5900 (telephone)
(918) 583-5902 (fax)
dcaruso@carusolawfirm.com
msmith@carusolawfirm.com
*Attorneys for Plaintiffs*


*/s/Hillary J. Massey*
John D. Russell, OBA No. 13343
Chris S. Thrutchley, OBA No. 15859
Justin A. Lollman, OBA No. 32051
GableGotwals
1100 ONEOK Plaza
100 West 5th Street
Tulsa, OK 74103-4217
jrussell@gablelaw.com
cthrutchley@gablelaw.com
jlollman@gablelaw.com
(918) 595-4800 (telephone)
(918) 595-4990 (fax)

Katherine E. Perrelli, Pro Hac Vice,
BBO No. 549820
Barry J. Miller, Pro Hac Vice,
BBO No. 661596
Hillary J. Massey, Pro Hac Vice,
BBO No. 669600
Seyfarth Shaw LLP
Seaport East, Suite 300
Two Seaport Lane
Boston, MA 02210-2028
kperrelli@seyfarth.com
bmiller@seyfarth.com
hmassey@seyfarth.com
(617) 946-4800 (telephone)
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of August 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal to the ECF registrants.

                              */s/ Hillary J. Massey*
                              Hillary J. Massey